THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THERESA YOHN,

    Plaintiff,

v.      3:20-CV-565
    (JUDGE MARIANI)

SELECTIVE INSURANCE COMPANY
OF AMERICA

    Defendant.

## ORDER

**AND NOW, THIS 11th DAY OF SEPTEMBER, 2020,** upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 12) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 12) is **ADOPTED** for the reasons set forth therein.

2. Defendant's Motion for Partial Dismissal (Doc. 4) is **DENIED**.

3. This action is **REMANDED** to Magistrate Judge Carlson for further pretrial proceedings in accordance with this Court's July 13, 2020 Order (Doc. 11).

Robert D. Mariani
United States District Judge